# Exhibit C

| | |
|---|---|
| **Subject:** | IR#0611I - FW: FDA Receipt of FOI Request Control # 2022-4101 |
| **Date:** | Saturday, July 16, 2022 at 11:09:46 AM Pacific Daylight Time |
| **From:** | Colin Farnsworth |
| **To:** | FDAFOIA@fda.hhs.gov |
| **CC:** | S&G Information Request Staff |
| **Attachments:** | Acknowledgement Letter.PDF |

To Whom It May Concern:

My client would like the agency to provide an estimated date of completion for its action on this FOIA Request. Title 5 United States Code Section 552 (a)(7)(B)(ii) states that each agency shall provide the person making a request for records an estimated date on which the agency will complete its action on the request. The law states:

*Each agency shall -- . . . (B) establish a telephone line or Internet service that provides information about the status of a request to the person making the request using the assigned tracking number, including -- . . . (ii) an estimated date on which the agency will complete action on the request.*

This provision was enacted by Congress in 2007. According to the Office of Government Information Services Freedom of Information Act Ombudsman, "[t]his requirement helps the requester better understand the agency's FOIA process and gives the requester a more accurate picture of when he/she will receive a response."

In this instance, the agency has not provided an estimated date of completion. Please provide one as soon as possible.

Sincerely,


Colin Farnsworth, Attorney

## Siri | Glimstad

200 Park Avenue
Seventeenth Floor
New York, NY 10166
Main: 212-532-1091
Facsimile: 646-417-5967

www.sirillp.com

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

---

**From:** FDA_FOI@fda.gov <FDA_FOI@fda.gov>
**Date:** Friday, June 3, 2022 at 5:25 AM
**To:** S&G Information Request Staff <foia@sirillp.com>
**Cc:** FDAFOIA@fda.hhs.gov <FDAFOIA@fda.hhs.gov>
**Subject:** FDA Receipt of FOI Request Control # 2022-4101

Control number: 2022-4101

Please find the attached acknowledgement regarding your FOIA request.

```
Note: Do NOT reply directly to this E-mail
```