# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| PATRICK DE GARAY and STEPHANIE DE GARAY : : Plaintiffs, : v. : : UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, : : Defendant. : : : | Case No. 1:22-cv-512 Judge Susan Dlott |

## JOINT STATUS REPORT

The Plaintiffs, Patrick de Garay and Stephanie de Garay, jointly with the Defendant, United States Department of Health and Human Services ("HHS") respectfully submit the following Joint Status Report.

This case involves one claim to compel compliance with the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). As previously reported, Defendant completed a search for potentially responsive records. On, January 31, 2023, the parties agreed upon a production schedule. Production is ongoing. On July 31, 2023, Defendant produced 232 pages of responsive records. On August 31, 2023, Defendant produced 264 pages of responsive records. On September 29, 2023, Defendant produced 228 pages of responsive records. In total Defendant has produced 3,698 pages of responsive records. Defendant will make its next

production on or before October 31, 2023.  The parties continue to work together cooperatively and communicate when production issues arise.

The parties continue to agree that at this point in time, no discovery need be taken.

|  |  |
|---|---|
|  | Respectfully submitted, |
| **SIRI & GLIMSTAD LLP** | KENNETH L. PARKER<br>United States Attorney |
| /s/ *Elizabeth A. Brehm*<br>Aaron Siri, NY Bar No. 4321790<br>(*pro hac vice* to be filed)<br>Elizabeth A. Brehm, NY Bar No. 4660353<br>(*pro hac vice* to be filed)<br>Colin M. Farnsworth, OR Bar No. 213351<br>(*pro hac vice* to be filed)<br>745 Fifth Ave, Suite 500<br>New York, NY 10151<br>Tel: (212) 532-1091<br>aaron@sirillp.com<br>ebrehm@sirilp.com<br>cfarnsworth@sirillp.com | s/*Margaret A. Castro*<br>MARGARET A. CASTRO (0078968)<br>Assistant United States Attorney<br>221 East Fourth Street, Suite 400<br>Cincinnati, Ohio 45202<br>Office: (513) 684-3711<br>Fax: (513) 684-6972<br>E-mail: Margaret.Castro@usdoj.gov<br><br>*Attorney for Defendant* |

**Chris Wiest, Attorney at Law, PLLC**

Christopher Wiest, Ohio Bar No. 77931
25 Town Center Blvd, Ste. 104
Crestview Hills, KY 41017
Tel: (513) 257-1895
chris@cwiestlaw.com

*Attorneys for Plaintiffs*