**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

PATRICK DE GARAY and     :
STEPHANIE DE GARAY     :    Case No. 1:22-cv-512
                   :
        Plaintiffs,     :    Judge Susan Dlott
      v.               :
                   :
UNITED STATES DEPARTMENT     :
OF HEALTH AND HUMAN     :
SERVICES,              :
                   :
        Defendant.     :
                   :
                   :

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter.

Dated: January 18, 2024

Respectfully submitted,

**SIRI & GLIMSTAD LLP**     KENNETH L. PARKER
                           United States Attorney

*/s/ Elizabeth A. Brehm*
Aaron Siri, NY Bar No. 4321790     *s/Margaret A. Castro*
(*pro hac vice*)                    MARGARET A. CASTRO (0078968)
Elizabeth A. Brehm, NY Bar No.     Assistant United States Attorney
4660353                      221 East Fourth Street, Suite 400
(*pro hac vice*)                    Cincinnati, Ohio 45202
745 Fifth Ave, Suite 500          Office: (513) 684-3711
New York, NY 10151             Fax: (513) 684-6972
Tel: (212) 532-1091              E-mail: Margaret.Castro@usdoj.gov
aaron@sirillp.com

1

ebrehm@sirilp.com                              *Attorney for Defendant*


**Chris Wiest, Attorney at Law, PLLC**

Christopher Wiest, Ohio Bar No. 77931
25 Town Center Blvd, Ste. 104
Crestview Hills, KY 41017
Tel: (513) 257-1895
chris@cwiestlaw.com

*Attorneys for Plaintiffs*